# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-881
_____

TONNY GIVINS,

    Appellant,

    v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION and
SUNSHINE RECYCLING, INC.,

    Appellees.

_____


On appeal from the Reemployment Assistance Appeals Commission.
Frank E. Brown, Chairman.

October 24, 2018


PER CURIAM.

    AFFIRMED.

ROBERTS, RAY, and WINSOR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Tonny Givins, pro se, Appellant.

Norman A. Blessing and Katie Elisabeth Sabo, Reemployment Assistance Appeals Commission, Tallahassee, for Appellees.